In the Matter of the Claim of JAMES DUDLEY, Respondent, v. BROWN,
HARRIS AND STEVENS, INC., et al., Appellants. WORKMEN'S COMPENSATION
BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.